Wood, h

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/16

EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Deutsche SiSi-Werke Betriebs GmbH,

          Plaintiff,

v.

Faribault Foods, Inc.,

          Defendant.

Case No. 1:15-cv-09750-KMW

---

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Deutsche SiSi-Werke Betriebs GmbH and defendant Faribault Foods, Inc. by and through their attorneys hereby stipulate, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and subject to the approval of the Court, to the dismissal of all claims and counterclaims between them in this action with prejudice pursuant to a settlement agreement. Each party shall bear its own costs and attorneys' fees.

Signatures:
Attorneys for Plaintiff Deutsche SiSi-Werke Betriebs GmbH

By: /s/ _____
Steven B. Pokotilow
Laura Goldbard George
Binni N. Shah
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038
T: 212-706-7016
F: 212-806-6006
spokotilow@stroock.com
lgoldbard@stroock.com
bnshah@stroock.com

Attorneys for Defendant Faribault Foods, Inc.

By: /s/ _____
Shahzeb Lari
Natalie Furman
PAUL HASTINGS LLP
75 East 55th Street
New York, NY 10022
Tel: (212) 318-6000
shahzeblari@paulhastings.com
nataliefurman@paulhastings.com

By: /s/ _____
Robert L. Sherman
9 Westwood Court
Dix Hills, NY 11746

SO ORDERED: 7/21/16

_____
KIMBA M. WOOD
U. S. D. J.

-18-